1  Jan P. Weir (SBN 106652)
   jweir@mrllp.com
2  Kathrine J. Brandt (SBN 262740)
   MICHELMAN & ROBINSON, LLP
3  17901 Von Karman Avenue, Suite 1000
4  Irvine, CA 92614
   Tel.: (714) 557-7990
5  Fax: (714) 557-7991

6  Attorneys for Plaintiffs and Counter-
   Defendants, ABBYSON LIVING CORP. and
7  ABBYSON LIVING, L.L.C.

8  
   Michael P. Adams (*Admitted Pro Hac Vice*)
9  madams@dykema.com
   Dykema Gossett PLLC
10 111 Congress Ave, Suite 1800
   Austin, Texas 78704
11 Tel.: (512) 703-6300
12 Fax: (512) 703-6399

13 Naomi Jane Gray (SBN 230171)
   ngray@shadesofgray.law
14 SHADES OF GRAY LAW GROUP, P.C.
15 548 Market Street, # 18014
   San Francisco, California 94104
16 Tel.: (415) 746-9260
   Fax: (415) 968-4328
17
   Attorneys for Defendant and Counterclaimant
18 LIFESTYLE SOLUTIONS, INC.

19                **UNITED STATES DISTRICT COURT**
20                **NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISCO DIVISION**
21

| | |
|---|---|
| 22  ABBYSON LIVING CORPORATION, and ABBYSON LIVING, L.L.C. | CASE NO. 3:17-CV-00760-VC |
| 23              Plaintiffs/Counter-Defendants | **JOINT NOTICE OF SETTLEMENT** |
| 24     v. | |
| 25  LIFESTYLE SOLUTIONS, INC., | |
|              Defendant/Counterclaimant. | |

26
27
28

PLEASE TAKE NOTICE THAT Plaintiffs Abbyson Living Corporation and Abbyson Living, LLC (collectively "Abbyson") and Defendant Lifestyle Solutions, Inc. ("Lifestyle Solutions") (collectively, the "Parties") have reached a settlement of the above-captioned matter. The Parties anticipate filing stipulations of dismissal within the next twenty (20) days.

Dated:  February 6, 2018                    Respectfully submitted,

/s/ *Michael P. Adams*
Michael P. Adams (*Admitted Pro Hac Vice*)
madams@dykema.com
Dykema Gossett PLLC
111 Congress Ave, Suite 1800
Austin, Texas 78704
Tel.: (512) 703-6300
Fax: (512) 703-6399

Naomi Jane Gray (SBN 230171)
ngray@shadesofgray.law
SHADES OF GRAY LAW GROUP, P.C.
548 Market Street, # 18014
San Francisco, California 94104
Tel.: (415) 746-9260
Fax: (415) 968-4328

Attorneys for Defendant and Counterclaimant
LIFESTYLE SOLUTIONS, INC.


/s/ *Kathrine J. Brandt*
Jan P. Weir (SBN 106652)
jweir@mrllp.com
Kathrine J. Brandt (SBN 262740)
MICHELMAN & ROBINSON, LLP
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Tel.: (714) 557-7990
Fax: (714) 557-7991


Attorneys for Plaintiffs and Counter-Defendants, ABBYSON LIVING CORP. and ABBYSON LIVING, L.L.C.

# **ATTESTATION**

I am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i), I hereby attest that all signatories have concurred in this filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this attestation was executed on February 6, 2018 in Irvine, California

/s/ *Kathrine J. Brandt*
Kathrine J. Brandt (SBN 262740)
MICHELMAN & ROBINSON, LLP

Attorneys for Plaintiffs and Counter-Defendants, ABBYSON LIVING CORP. and ABBYSON LIVING, L.L.C.